IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GIRLSONGS, CONTROVERSY MUSIC, EXPERIENCE HENDRIX, L.L.C., EMERGENCY MUSIC, INC., SHAPIRO BERNSTEIN & CO., INC., GREENFUND MUSIC, I.M. NOBODY MUSIC, PIMP YUG, MY BLUE CAR MUSIC COMPANY, WB MUSIC CORP., FIONA APPLE MAGGART, D/B/A FHW MUSIC, Plaintiffs, | : : : : : : : : : : | CIVIL ACTION |
| vs. | : : | NO. 08-4350 |
| 1416 CHANCELLOR, INC., and CARMINE MILICIA, Defendants. | : : : | |

## O R D E R

**AND NOW**, this 2nd day of December, 2008, it having been reported that the issues between the parties in the above action have been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, **IT IS ORDERED** that the above action is **DISMISSED WITH PREJUDICE**, by agreement of counsel, without costs.

                              BY THE COURT:


                              s/Honorable Jan E. DuBois
                              JAN E. DUBOIS, J.